IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v.  ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of a Firearm by a |
| TIMOTHY MARIO MITCHELL ) | Prohibited Person |
| ) | |

CR4  0038

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 5, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

### TIMOTHY MARIO MITCHELL,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding 1 year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Springfield M1911-A1, .45-caliber pistol, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

U. S. DISTRICT COURT
Southern District of Ga.
Filed In Office
4:15 PM
2-3   20 21
Deputy Clerk

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the defendant, **TIMOTHY MARIO MITCHELL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, a Springfield M1911-A1, .45-caliber pistol, serial number NM41108.

A True Bill./

_____
Bobby L. Christine
United States Attorney

_____
John P. Harper III
Assistant United States Attorney
*Lead Counsel

_____
Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division