# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:21-cr-38 |
| TIMOTHY MARIO MITCHELL, | |
| Defendant. | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's December 17, 2021 Report and Recommendation, (doc. 34), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Court finds that Defendant is competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 11th day of February, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA