| SENTENCING MINUTES | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION | JUDGE: R. STAN BAKER DATE: 05-11-2022 |
|---|---|---|

**CRIMINAL CASE NO. CR 4:21-cr-38**
**UNITED STATES OF AMERICA VS. Timothy Mario Mitchell**

COURTROOM DEPUTY  Pam Hammock            COURT REPORTER  Kelly McKee

**ATTORNEY(S) FOR THE GOVERNMENT:**         **ATTORNEY(S) FOR THE DEFENDANT:**

Chris Howard for John Harper, AUSA           Lamar Fields, appointed

U.S. PROBATION OFFICER:                      DEFENDANT SENTENCED ON COUNT(S)

Elizabeth Hilton for Sarah Railling          One (1) of the Indictment

[X] Presentence Report Reviewed In Full      Custody   46   Months B.O.P.

[ ] Objections to Factual Basis              Probation _____

[ ] Objections To Guidelines Calculations    Supervised Release   3   Years

[ ] Probation Officer Testifies              Special Conditions  as Ordered by the Court

[ ] Changes Ordered in Factual Basis/Calculations   Fine $  none

[X] No Changes Ordered                       Restitution $  none

[X] Findings Of The Court                    Special Assessment $  100

[X] Factual Witnesses Testify                To Be Paid  immediately

[X] Statements Of Counsel                    Community Service _____

[X] Statements By Defendant                  Facility Recommended  - RDAP, mental health treatment

[X] Sentence Pronounced                      Defendant Remanded To The USM  - Y

OTHER DIRECTIVES OF THE COURT                Voluntary Surrender _____

[ ] Attach Statement of Reasons to the Judgment    To USM [X]   To Facility [ ]

[ ] Transcribe Statement of Reasons          Nolle Prosse Count(s) _____

[X] Appeal Rights of Defendant Explained     Plea Agreement Accepted and Ratified  - Y

[ ] Appellate Disclosure Forms Provided      Departure From Guidelines _____

[X] Notice of Counsel's Post-Conviction Obligations Provided    Upward _____  Downward _____

U.S. Deputy Marshal  Wilcox                  Time  2:00  to  2:25  Total  00:25

Court Security Officer  Bryson